UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

**EDUARDO EUSTAQUIO MARTIN,**           Case No. 11-28365-BKC-AJC
                                         Chapter 7
    **Debtor.**
_____/

## JOINT MOTION TO COMPROMISE CONTROVERSY

**Any interested party who fails to file and serve a written response to this motion within calendar 21 days after the date of service stated in this motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this motion. Any scheduled hearing may then be canceled.**

Barry E. Mukamal, Trustee, and Eduardo Eustaquio Martin ("Debtor") file this Motion to Compromise Controversy and in support thereof states as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on June 30, 2011. Shortly thereafter, Barry E. Mukamal ("Trustee") was appointed as the Chapter 7 Trustee.

2. The Trustee and the Debtor enter into this agreement ("Stipulation") for settlement of the estate's interest in the 1991 Mack Truck ("Vehicle").

3. The Debtor agrees to pay, and the Trustee agrees to accept, the total sum of **$5,000 ("Settlement Amount")**, net of all claimed exemptions, payable on or before October 15, 2011.

4. Payment shall be in the form of money orders or cashier's checks made payable to "Barry E. Mukamal, Trustee", for Estate of Case No. **11-28365** at 1 SE 3rd Ave, Box 158, Miami, FL 33131.

5. The Debtor agree to maintain full liability and property damage insurance on the Vehicle for the duration of the settlement period or until such time as the Settlement Amount is paid in full.

1

6. In the event of default, the Trustee will notify Debtor's attorney, Robert Sanchez, Esq. of said default, by email transmission (kmolina@bankruptcyclinic.com). If said default is not cured within five (5) days of the notice of default, the Trustee may proceed as set forth herein.

7. If the Debtor fails to make any of the aforesaid payments within five (5) days from the date of the default notice, the unpaid balance shall be immediately due to the Trustee. In addition, the Debtor consents to the entry of an *ex-parte* order requiring immediate turnover of the unpaid balance and to any further relief the Court may grant the Trustee in order to effectuate possession of same; including but not limited to attorney's fees and costs and interest, which shall accrue at the statutory rate.

8. Should the Debtor fail to comply with the Bankruptcy Court's Order approving the settlement stated herein, the Trustee shall file a Notice of Default and request entry of an Order revoking Debtor's discharge as provided by 11 U.S.C. § 727. Pursuant to the terms set forth in this Stipulation, the Debtor agrees that the Trustee may seek revocation of the discharge via hearing on a Motion to Revoke Discharge and waives the procedural requirement of an adversary proceeding. No discharge shall be revoked without a hearing.

9. This Stipulation represents the entire understanding and agreement between the parties hereto with respect to the subject matter hereof and cannot be amended, modified or supplemented except by an instrument in writing signed by the party or parties against whom enforcement of any amendment, supplement or modification is sought, a waiver by a party of any breach of any provision of this Stipulation shall not be construed to be a waiver by any such party of any succeeding breach of such provision or a waiver by such party of any breach of any other provision. This agreement is a full and final settlement of all issues between the parties, exclusive of any interest in the potential 2011 income tax refund.

10. The Trustee recommends approval of this settlement because it is fair and reasonable, falls within the reasonable range of possible litigation outcomes, and is in the best interest of the estate because full settlement precludes any risks associated with litigation in this

matter, increases the dividend available to creditors and allows for a distribution of sums and proceeds within a reasonable time.

    11.    Pursuant to Local Rule 9013-1(D), a copy of the proposed Order is attached hereto as Exhibit "A".

**WHEREFORE,** Barry E. Mukamal, Trustee, respectfully requests this Court enter an Order Approving this Motion to Compromise Controversy, and grant such other and further relief as the Court may deem just and proper.

Dated: 9/20/11

Barry E. Mukamal
Chapter 7 Trustee
1 SE 3 Ave, Box 158
Miami, FL 33131
Telephone: (305) 995-9798

Dated: 9/16/291

Robert Sanchez, Esq.
Debtor's Counsel
900 W 49 St, Ste 500
Hialeah, FL 33012
Telephone: (305) 687-8008

Eduardo Eustaquio Martin
Debtor

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**EDUARDO EUSTAQUIO MARTIN,**   Case No. 11-28365-BKC-AJC
                                Chapter 7

     **Debtor.**
_____/

### ORDER APPROVING MOTION TO COMPROMISE CONTROVERSY

**THIS CAUSE** came before the Court on Barry E. Mukamal, Trustee's Joint Motion to Compromise Controversy ("Motion") (ECF #XXX), and this Court having reviewed the Motion and the Certificate of No Response, finding that the notice is sufficient to comply with Bankruptcy Rules 9019 and 2002(a)(3), Local Rule 9013-1 (D), and any other applicable notice requirement, it is

    **ORDERED** that said Motion is **GRANTED**.

    1.    The Debtor, Eduardo Eustaquio Martin, shall pay to the Trustee the total sum of $5,000 ("Settlement Amount"), for full and final settlement of the estate's interest in the 1991 Mack Truck.

2

2. The Trustee acknowledges receipt in full of the Settlement Amount.

3. The Court incorporates all of the terms of the Joint Motion to Compromise Controversy and retains jurisdiction to enforce the terms therein.

###

Submitted By:
Barry E. Mukamal, Trustee
One SE Third Avenue, Box 158
Miami, FL  33131
Telephone: (305) 995-9798

Copies furnished to:
Barry E. Mukamal, Trustee
Trustee Mukamal is instructed to serve this Order on all interested parties and file a Certificate of Service.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all interested parties as indicated on the attached service list this 28th day of September, 2011.

                        /s/ Jazmin Padilla
Jazmin Padilla, paralegal to
Barry E. Mukamal, Trustee
One SE 3rd Ave, Box 158
Miami, Florida 33131
Telephone: (305) 995-9798
Facsimile:  (305) 995-9798

The following parties were served electronically:

USTPRegion21.MM.ECF@usdoj.gov
Assistant United States Trustee

bankruptcy@marcumllp.com
FL64@ecfcbis.com
Barry E Mukamal

court@bankruptcyclinic.com
courtECFmail@gmail.com
Robert Sanchez

avi.schild@atlasacq.com.
Atlas Acquisitions

The following parties were served via US mail:

Allied Interstate
P.O. BOX 6123
Carol Stream, IL 60197-6123

Arrow Financial Servic (Original Cr
5996 W Touhy Ave
Niles, IL 60714

Asset Acceptance Llc (Original Cred
Po Box 2036
Warren, MI 48090

Bank Of America
Po Box 1598
Norfolk, VA 23501

Bank Of America N.A.
4161 Piedmont Pkwy
Greensboro, NC 27410

Central Financial Control
P.O. BOX 66044
Anaheim, CA 92816-6044

Central Finl Control (Original Cred
Po Box 66051
Anaheim, CA 92816

Chase
Po Box 15298
Wilmington, DE 19850

Chase/Cc
225 Chastain Meadows Ct., Nw
Kennesaw, GA 30144

Citi Ctb
4500 New Linden Hill Rd
Wilmington, DE 19808

City Of Hialeah Fire Department
P.O. BOX 918660
Orlando, FL 32891-8660

David E. Newman
1533 Sunset Drive
Miami, FL 33143

Eaf Llc (Original Creditor:08 Ge Ca
1120 West Lake Co Suite B
Buffalo Grove, IL 60089

Eduardo Eustaquio Martin
825 West 69th Place
Hialeah, FL 33014

Eos Cca (Original Creditor:At T)
700 Longwater Dr
Norwell, MA 02061

Florida Pathology Services
5901 SW 74th Street
Suite 202
Miami, FL 33143-5150

GMAC
c/o Pollack & Rosen, P.A.
800 Douglas Rd North Tower, Suite 450
Miami, FL 33134

GMAC Payment Processing Center
P.O. BOX 78369
Phoenix, AZ 85062-8369

Gemb/Brandsmart
Po Box 981439
El Paso, TX 79998

Gemb/City Furniture
Po Box 981439
El Paso, TX 79998

Gemb/Cooper Tire
Po Box 981439
El Paso, TX 79998

Gemb/Ge Money Bank Low
Po Box 103065
Roswell, GA 30076

Gemb/Jcp
Po Box 984100
El Paso, TX 79998

Gmac
P O Box 380901
Bloomington, MN 55438

Gulf Coast Collection (Original Cre
5630 Marquesas Cir
Sarasota, FL 34233

Hospital Of America
2121 Ponce De Leon Blvd.
Suite 300
Miami, FL 33134

Hsbc Bank
Attn Bankruptcy Department
Po Box 5213
Carol Stream, IL 60197-5213

Hsbc/Rs
90 Christiana Rd
New Castle, DE 19720

Hsbcinslns
Po Box 2013
Buffalo, NY 14240

IndyMac
6900 Beatrice Drive
Kalamazoo, MI 49009

Leon M. Hirzel, MD, P.A.
P.O. BOX 144920
Miami, FL 33114

Lvnv Funding Llc (Original Creditor
Po Box 740281
Houston, TX 77274

Macysdsnb
911 Duke Blvd
Mason, OH 45040

Midland Credit Mgmt (Original Credi
8875 Aero Dr
San Diego, CA 92123

Miralys Hernandez
8627 Villa Largo Drive
Tampa, FL 33614

Miralys Hernandez
8627 Villa Largo Drive
Tampa, FL 33614

PNC
B6-YM07-01-7
P.O. BOX 1820
Dayton, OH 45401-1820

Palmetto General Hospital
P.O BOX 740763
Atlanta, GA 30374-0763

Pentagroup Financial (Original Cred
5959 Corporate Dr Ste 14
Houston, TX 77036

Pollack & Rosen, P.A.
800 Douglas Roas
Suite 450
Coral Gables, FL 33134

Portfolio
120 Corporate Blvd, Ste 100
Norfolk, VA 23502

Portfolio Recvry&Affil (Original Cr
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Sears/Cbsd
Po Box 6189
Sioux Falls, SD 57117

South Florida Anesthesia Association, PA
7150 West 20th Avenue
Suite 407
Hialeah, FL 33016-5533

South Florida Heart & Lung Institute
P.O. BOX 331890
Miami, FL 33233-1890

Space Coast Credit Uni
8045 N Wickham Rd
Melbourne, FL 32940

Sterling Emer Phys Of Palmetto
P.O. BOX 534235
Atlanta, GA 30353-4235

Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117

Wells Fargo Bank Nv Na
Po Box 31557
Billings, MT 59107

Wffnatbank
Po Box 94498
Las Vegas, NV 89193